UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEJANDRO MUNOZ-GONZALEZ, on behalf of himself, individually, and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    -against-<br><br>D.L.C. LIMOUSINE SERVICE, INC., and CHRIS THORNTON, individually, and MELISSA THORNTON, individually, and JOHN D'AGOSTINO, individually,<br><br>                Defendants. | NOTICE OF APPEAL<br><br>Civil Action No:<br>15-CV-9368 (JPO) |

Notice is hereby given that Alejandro Munoz-Gonzalez, Plaintiff in the above-named case, on behalf of himself, individually, and on behalf of all others similarly situated, and the twenty-four opt-in Plaintiffs, hereby appeal to the United States Court of Appeals for the Second Circuit from the District Court's order granting Defendants' Motion for Summary Judgment as to claims 1, 3, 6 and 7 of Plaintiff's Complaint, decided on the 12th day of July, 2017, and from the final judgment entered in this action on the 2nd day of August, 2017.

Dated: New York, New York
       August 8, 2017

                                    Respectfully submitted,

                                    BORRELLI & ASSOCIATES, P.L.L.C.
                                    *Attorneys for Plaintiffs*
                                    655 Third Avenue, Suite 1821
                                    New York, New York 10017
                                    Tel.   (212) 679–5000
                                    Fax.   (212) 679-5005

                            By:     _____
                                    Jeffrey R. Maguire, Esq.
                                    Alexander T. Coleman, Esq.
                                    Michael J. Borrelli, Esq.

1