N.Y.S.D. Case #
15-cv-9368(JPO)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of January, two thousand and eighteen.

Before: Peter W. Hall,
*Circuit Judge.*

_____

Alejandro Munoz-Gonzalez, et al.,

      Plaintiffs - Appellants,

v.

D.L.C. Limousine Service, Inc., Chris Thornton, individually, John D'Agostino, D'Agostino, Melissa Thornton, individually,

      Defendants - Appellees.

_____

**ORDER**

Docket No. 17-2438

| |
|---|
| **USDC SDNY**<br>**DOCUMENT**<br>**ELECTRONICALLY FILED**<br>**DOC #:** _____<br>**DATE FILED:** January 10, 2018 |

Appellants moves to substitute Susie Townsend, as administrator for the estate of Danual Martin, for Appellant Danuel Martin.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit