**MANDATE**

N.Y.S.D. Case #
15-cv-9368(JPO)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of September, two thousand and eighteen.

Before:	Debra Ann Livingston,
	Denny Chin,
		*Circuit Judges,*
	Katherine Polk Failla,
		*District Judge.*

_____

Alejandro Munoz-Gonzalez, on behalf of himself, individually, on behalf of all others similarly situated, Susie Townsend, as administrator for the estate of Danual Martin, Thomas Acheampong, Kwame Gyamfi, Abraham Weinstein, Michael DeJoseph, Timothy Geiger, Peter Befi, Edward Dapice, Raymond A. Brooks, Richard W. Nosher, Jr., Daniel Bennett Lilienfeld, Edward Vasquez, Leonard A. Dimase, John A. Anderson, Dennis Saddlemir, Michael F. Curran, Frank J. Savarese, Edward W. Henry, Massimo Novello, Maurice Pearson, Darrin R. Dean, Abdelouahad Benouara, John Richard Tocco,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 15 2018

**JUDGMENT**
Docket No. 17-2438

   Plaintiffs - Appellants,

v.

D.L.C. Limousine Service, Inc., Chris Thornton, individually, John D'Agostino, D'Agostino, Melissa Thornton, individually,

   Defendants - Appellees.

_____

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

**MANDATE ISSUED ON 10/15/2018**

      IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

                        For the Court:

                        Catherine O'Hagan Wolfe,
                        Clerk of Court

_____
*Judge Katherine Polk Failla, of the United States District Court for the Southern District of New York, sitting by designation.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit